Josephine Guza, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,171.

Opinion filed November 5, 1935.

625

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Hummeland, Schiller & Schwartz, for appellee; Arne B. Hummeland, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.